UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EDWARD RESNICK, individually, et al.,

    Plaintiff(s),

vs.

WXI/MLM/W REAL ESTATE LIMITED PARTNERSHIP, a Delaware Limited Partnership,

    Defendant.
_____/

CASE NO. 99-6089 CIV-FERGUSON

Magistrate Judge Snow

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Edward Resnick, individually, Ernst Rosenkrantz, individually, and Access Now, Inc., a Florida non-profit corporation, and Defendant, WXI/MLM/W Real Estate Limited Partnership, a Delaware limited partnership, pursuant to the Federal Rules of Civil Procedure, hereby stipulate to dismissal of this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their Agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement. Each party is to pay its own fees and costs except as set forth in the Stipulation for Settlement.

FULLER MALLAH & ASSOCIATES
Attorneys for Plaintiffs
1111 Lincoln Road, PH 802
Miami Beach, Florida 33139
Telephone: (305) 538-6483

By: _____
    Judd Aronowitz
    Florida Bar No. 316148
Date: 8/19/99

HOLTZMAN, KRINZMAN,
  EQUELS & FURIA
Attorneys for Defendant
2601 South Bayshore Drive, Suite 600
Miami, Florida 33133
Telephone: (305) 859-7700

By: _____
    R. Barbara Wien
    Florida Bar No. 511412
Date: Aug 16, 1999